IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAWN T. BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:16CV3122 |
| | ) | |
| V. | ) | |
| | ) | |
| DAVID POWELL, SHAUN LUEBBE, | ) | **MEMORANDUM** |
| and CHERYL FLINN, | ) | **AND ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

On July 21, 2016, the court ordered Plaintiff to pay the $400.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 12th day of September, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge